IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA A. BILLINGSLEA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:10cv822-MHT |
| | ) | (WO) |
| LANETT HOUSING AUTHORITY | ) | |
| a political subdivision | ) | |
| of the City of Lanett, | ) | |
| Alabama conducting business | ) | |
| operations in the State of | ) | |
| Alabama, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion for dismissal (doc. no. 50) is granted and that defendants Lanett Housing Authority and Rose Morgan Wood and the claims against them are dismissed with prejudice, with the parties to bear their own costs. Defendants Lanett Housing Authority and Wood are terminated as parties.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 10th day of October, 2012.**

                                                      **/s/ Myron H. Thompson**
                                               **UNITED STATES DISTRICT JUDGE**