IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
VICTORIA A. BILLINGSLEA,    )
                            )
    Plaintiff,               )
                            )   CIVIL ACTION NO.
    v.                      )   3:10cv822-MHT
                            )       (WO)
OSCAR CRAWLEY, Mayor of     )
the City of Lanett,         )
Alabama, in his official    )
capacity, and CITY OF       )
LANETT, ALABAMA, an Alabama )
municipal corporation,      )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Oscar Crawley and City of Lanett, Alabama's motion for summary judgment (Doc. No. 46) is granted.

(2) Judgment is entered in favor of defendants Crawley and City of Lanett, Alabama and against plaintiff

Victoria Billingslea, with plaintiff Billingslea taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Billingslea, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of October, 2012.


     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE